# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Pro Tile, Inc., a Minnesota corporation, and Jason Trester,

Defendants.

Civil File No. 00-2676 DSD/SRN

**ORDER TO SHOW CAUSE**

---

TO: Pro Tile, Inc., and Jason Trester, Defendants above-named pro se:

YOU WILL EACH PLEASE TAKE NOTICE that on the attached Notice of Motion and Motion and the Affidavit of Andrew E. Staab, Esq., and on all files, records and proceedings herein, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, JASON TRESTER, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable David S. Doty, United States District Judge at Courtroom 14W, United States Courthouse and Federal Building, 300 South Fourth Street, St. Paul, Minnesota on the 17th day of August, 2001, at 9:15 o'clock a.m. or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Notice of Motion and Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll records, and employment records of Pro Tile, Inc. from January 1998 to the present including payroll cards, and tax returns, both federal and state for tax years 1998, 1999, and 2000.

FILED 7-17-01
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

3. Let this Order to Show Cause be served on Defendants personally by giving them a certified copy of the same.

Dated: ~~August~~ July 17, 2001

BY THE COURT:

David S. Doty
United States District Judge

H:\Labor\6200_6240 Ceramic Tile\6240.24 Pro Tile, Inc\Docs\Order Show Cause.doc