# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Pro Tile, Inc., a Minnesota corporation, and Jason Trester,

Defendants.

Civil File No. 00-2676 DSD/SRN

**ORDER FOR JUDGMENT**

That the above-entitled matter came on without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendants, jointly and severally, and consistent with this Court's March 23, 2001 Order.

Based upon the Court's March 23, 2001 Order, the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendants, jointly and severally, in the amount of $99,364.30.

Dated: ~~August~~ Sept. 5, 2001

Judge David S. Doty
United States District Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

H:\Labor\6200_6240 Ceramic Tile\6240.24 Pro Tile, Inc\Docs\Order Jdmt.doc

FILED 9-5-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 9-5-01
Deputy Clerk's Initials